UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Rita Joshua, et al.

v.                                      Case Number: 4:18−cv−02283

Jasmine Foreman, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

David Hittner

**PLACE:**  Courtroom 8A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/19/2018

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   November 16, 2018

David J. Bradley, Clerk